MCGOVERN LEGAL SERVICES, LLC
BY: SCOTT K. PENICK, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR THE VILLAGE AT HARDINGS RUN CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| DONNA S. MCBRIDE | CASE NO.: 19-12898-ABA |
| Debtor. | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |

TO:    CLERK, UNITED STATES BANKRUPTCY COURT
401 Market Street
Camden, NJ 08101
Phone (856) 361-2300

Richard S. Hoffman, Jr., Esquire
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062

TRUSTEE
Isabel C. Balboa
Standing Chapter 13 Trustee
535 Route 38 – Suite 580
Cherry Hill, New Jersey 08002

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

1

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to The Village at Hardings Run Condominium Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

MCGOVERN LEGAL SERVICES, LLC
Attorneys for The Village at Hardings Run Condominium Association, Inc.

DATED: 12/14/19

By: _____
SCOTT K. PENICK, ESQ.

## CERTIFICATION OF SERVICE

I, Scott K. Penick, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on __2/14/19__.

DATED: __2/14/19__                By: _____
                                      SCOTT K. PENICK, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
401 Market Street
Camden, NJ 08101
Phone (856) 361-2300

Richard S. Hoffman, Jr., Esquire
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062

TRUSTEE
Isabel C. Balboa
Standing Chapter 13 Trustee
535 Route 38 – Suite 580
Cherry Hill, New Jersey 08002

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102