Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–12898–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna S. McBride
   aka Donna Sasser McBride
   6055 Wheeling Avenue
   Mays Landing, NJ 08330

Social Security No.:
   xxx–xx–0687

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           5/22/19
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 13, 2019
JAN: bed

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 19-12898-ABA
Donna S. McBride                                                    Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2         Date Rcvd: Feb 13, 2019
                              Form ID: 132              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
db             +Donna S. McBride,    6055 Wheeling Avenue,    Mays Landing, NJ 08330-4011
518023861      +Allstate NJ Insurance Co.,    Attn: Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
518023862       Atlantic Emergency Associates,    8 Oak Park Drive,   Bedford, MA 01730-1414
518023863       Atlantic Emergency Associates, PA,    PO Box 15356,   Newark, NJ 07192-5356
518023864       Atlantic Radiolgists, PA, LLC,    PO Box 1262,   Indianapolis, IN 46206-1262
518023867      +Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
518023870      +Dianon Systems,    Attn: Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
518023871      +Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
518023872       First National Credit Card,    PO Box 2496,    Omaha, NE 68103-2496
518023873      +Inspira Health Network,    Patient Business Services,    333 Irving Avenue,
                 Bridgeton, NJ 08302-2123
518023874       Inspira Medical Centers, Inc.,    PO Box 48274,    Newark, NJ 07101-8474
518023875       Inspira Medical Group, PC,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
518023876      +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518023877       Laboratory Corp of America Holdings,    PO Box 2240,    Burlington, NC 27216-2240
518023878      +McGovern Legal Services LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
518023880       Remex, Inc.,    PO Box 765,   Rocky Hill, NJ 08553-0765
518023881      +Rickart Collection Systems Inc.,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
518023882      +Shore Medical Center,    Attn: Nationwide Recovery Services,    545 W. Inman Street,
                 Cleveland, TN 37311-1768
518023883      +South Jersey Radiology Associates,    PO Box 1710,   Voorhees, NJ 08043-7710
518023884      +The Village at Hardings Run Condo Assn.,    4899 Winterbury Drive,    Mays Landing, NJ 08330-2851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 13 2019 22:41:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 13 2019 22:41:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518023866       E-mail/Text: nicole.watts@atlanticare.org Feb 13 2019 22:41:33
                 AtlantiCare Regional Medical Center PP,    PO Box 829600,   Philadelphia, PA 19182-9600
518023865       E-mail/Text: nicole.watts@atlanticare.org Feb 13 2019 22:41:33
                 Atlanticare Regional Medical Center,    65 W. Jimmie Leeds Road,   Pomona, NJ 08240-9102
518023868      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2019 22:44:27
                 Capital One Bank USA NA,    PO Box 30281,   Salt Lake City, UT 84130-0281
518023869      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 13 2019 22:41:50
                 Credit Collection Services,    PO Box 447,   Norwood, MA 02062-0447
518023879       E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 13 2019 22:41:50
                 Progressive Garden State Ins. Co.,    Processing Center - 27,   PO Box 55126,
                 Boston, MA 02205-5126
518023885      +E-mail/Text: jennifer.chacon@spservicing.com Feb 13 2019 22:41:52    Wilminton Trust, N.A.,
                 Successor to Citibank, N.A.,    c/o Select Portfolio Servicing,   3217 S. Decker Lake Drive,
                 Salt Lake City, UT 84119-3284
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 13, 2019
                              Form ID: 132             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Donna S. McBride rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```