| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor, Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2, Asset-Backed Certificates, Series 2007-SD2 | |
| In Re:<br><br>Donna S. McBride,<br><br>Debtor. | |



Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-12898-ABA

Chapter:   13

Judge:   Altenburg

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: May 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Wilmington Trust, et al._____, and regarding _____Proof of Claim 5-1, Exhibit Escrow Analysis (part 3 on the register)_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*