UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor, Wilmington
Trust, NA, successor trustee to Citibank, N.A.,
trustee, in trust for registered holders of Bear
Stearns Asset Backed Securities 2007-SD2,
Asset-Backed Certificates, Series 2007-SD2

Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donna S. McBride,

Debtor.

| | |
|---|---|
| Case No: | 19-12898-ABA |
| Chapter: | 13 |
| Judge: | Altenburg |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: May 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal
Information filed in this case by _____ Wilmington Trust, et al. _____ , and regarding
_____ Proof of Claim 5-1, Exhibit Escrow Analysis (part 3 on the register) _____ , it is

ORDERED that the above document be immediately restricted from view on the Court's
public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original
document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than
one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-12898-ABA
Donna S. McBride                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: May 20, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db              +Donna S. McBride,    6055 Wheeling Avenue,    Mays Landing, NJ 08330-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
          N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2,
          Asset-Backed Certificates, Series 2007-SD2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
          Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities
          2007-SD2, Asset-Backed Certificates, Series 2007-SD2 kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Donna S. McBride rshoffman@hoffmandimuzio.com,
          lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          Scott  Penick    on behalf of Creditor    The Village at Hardings Run Condominium Association, Inc.
          collections@theassociationlawyers.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                          TOTAL: 7