UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DONNA S. MCBRIDE, a/k/a
DONNA SASSER MCBRIDE,

Debtor

Case No.: 19-12898-ABA

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION AND SURRENDER MOTOR VEHICLE

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED.**

**DATED: July 29, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

2
Debtor: Donna S. McBride
Case No.: 19-12898-ABA
Caption of Order: Consent Order Terminating Stay as To Personal Property

The 11 U.S.C. §362(a) Stay as to Capital One Auto Finance, a division of Capital One, N.A., its successors and/or assigns ("Creditor"), with respect to the personal property of Debtor described as a 2016 NISSAN Altima Sedan 4D S I4, V.I.N. 1N4AL3AP6GN385334 shall terminate immediately.

This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby Consent to the form and entry of the foregoing Order.**

_____
Richard S. Hoffman, Jr., Esquire
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for Capital One Auto Finance, a division of Capital One, N.A.