UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

In Re:

**DONNA S. MCBRIDE**, a/k/a
**DONNA SASSER MCBRIDE**,

Debtor

Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-12898-ABA

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION AND SURRENDER MOTOR VEHICLE

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: July 29, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

2

Debtor: Donna S. McBride
Case No.: 19-12898-ABA
Caption of Order: Consent Order Terminating Stay as To Personal Property

The 11 U.S.C. §362(a) Stay as to Capital One Auto Finance, a division of Capital One, N.A., its successors and/or assigns ("Creditor"), with respect to the personal property of Debtor described as a 2016 NISSAN Altima Sedan 4D S I4, V.I.N. 1N4AL3AP6GN385334 shall terminate immediately.

This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

Debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby Consent to the form and entry of the foregoing Order.**

_____
Richard S. Hoffman, Jr., Esquire
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Attorney for Capital One Auto Finance, a division of Capital One, N.A.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12898-ABA
Donna S. McBride                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 29, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
db             +Donna S. McBride,    6055 Wheeling Avenue,    Mays Landing, NJ 08330-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2,
               Asset-Backed Certificates, Series 2007-SD2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
               Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities
               2007-SD2, Asset-Backed Certificates, Series 2007-SD2 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Donna S. McBride rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Scott Penick    on behalf of Creditor    The Village at Hardings Run Condominium Association, Inc.
               collections@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7