**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Donna S. McBride

Case No.: 19-12898  
Judge: ABA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     Date: August 5, 2019

☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: RSH     Initial Debtor: DSM     Initial Co-Debtor: _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __115.00__ per __month__ to the Chapter 13 Trustee, starting on __September 1, 2019__ for approximately __remaining 54__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,500.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Wilmington Trust, N.A., Successor Trustee to Citibank, N.A. | 4858 Green Ash Lane Mays Landing, NJ | $124,573.00 | $427.00 |
| The Village at Hardings Run Condo Association | 4858 Green Ash Lane Mays Landing, NJ | $124,573.00 | $9,377.87 |
| Capital One Auto Finance | 2016 Nissan Altima | $9,750.00 | $12,041.00 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Federal Loan Servicing | Student Loan | Paid outside Plan | $0.00 |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☒ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: June 12, 2019                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor was not able to cram down vehicle and has decided to surrender it. | Page 1 - reflect that This Plan does not limit the amount of a secured claim. Part 1(a) - reduce monthly Trustee payment. Part 4(d) - remove cram down of vehicle. Part 4(e) - reflect surrender of 2016 Nissan Altima to Capital One Auto Finance. Part 7(c) - remove Motion to partially void lien. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: August 5, 2019                                    /s/ Donna S. McBride
                                                         Debtor

Date: _____                            _____
                                                         Joint Debtor

Date: August 5, 2019                                    /s/ Richard S. Hoffman, Jr.
                                                         Attorney for Debtor(s)

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 19-12898-ABA
Donna S. McBride                                               Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                   Date Rcvd: Aug 06, 2019
                               Form ID: pdf901             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db             +Donna S. McBride,    6055 Wheeling Avenue,    Mays Landing, NJ 08330-4011
cr             +The Village at Hardings Run Condominium Associatio,     McGovern Legal Services LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
518023861      +Allstate NJ Insurance Co.,    Attn: Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
518023862       Atlantic Emergency Associates,    8 Oak Park Drive,    Bedford, MA 01730-1414
518023863       Atlantic Emergency Associates, PA,    PO Box 15356,    Newark, NJ 07192-5356
518023864       Atlantic Radiolgists, PA, LLC,    PO Box 1262,   Indianapolis, IN 46206-1262
518023870      +Dianon Systems,    Attn: Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
518023871      +Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA 17106-0610
518023872       First National Credit Card,    PO Box 2496,   Omaha, NE 68103-2496
518023873      +Inspira Health Network,    Patient Business Services,    333 Irving Avenue,
                 Bridgeton, NJ 08302-2123
518023874       Inspira Medical Centers, Inc.,    PO Box 48274,    Newark, NJ 07101-8474
518023875       Inspira Medical Group, PC,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
518023876      +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518023877       Laboratory Corp of America Holdings,    PO Box 2240,    Burlington, NC 27216-2240
518023878      +McGovern Legal Services LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
518023879       Progressive Garden State Ins. Co.,    Processing Center - 27,    PO Box 55126,
                 Boston, MA 02205-5126
518023880       Remex, Inc.,    PO Box 765,   Rocky Hill, NJ 08553-0765
518023881      +Rickart Collection Systems Inc.,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
518023882      +Shore Medical Center,    Attn: Nationwide Recovery Services,    545 W. Inman Street,
                 Cleveland, TN 37311-1768
518023883      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518023884      +The Village at Hardings Run Condo Assn.,    4899 Winterbury Drive,    Mays Landing, NJ 08330-2851
518052013      +The Village at Hardings Run Condominium Associatio,     c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick  NJ 08902-3312
518262168       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518023866       E-mail/Text: nicole.watts@atlanticare.org Aug 06 2019 23:59:03
                 AtlantiCare Regional Medical Center PP,    PO Box 829600,    Philadelphia, PA 19182-9600
518023865       E-mail/Text: nicole.watts@atlanticare.org Aug 06 2019 23:59:03
                 Atlanticare Regional Medical Center,    65 W. Jimmie Leeds Road,    Pomona, NJ 08240-9102
518023867      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 07 2019 00:01:29
                 Capital One Auto Finance,    PO Box 259407,    Plano, TX 75025-9407
518037991      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 07 2019 00:02:36
                 Capital One Auto Finance, a division of,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518039958      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 07 2019 00:01:26
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
518173061      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2019 00:02:43
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518023868      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2019 00:02:35
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
518023869      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 07 2019 00:00:40
                 Credit Collection Services,    PO Box 447,   Norwood, MA 02062-0447
518067180       E-mail/Text: helen.ledford@nrsagency.com Aug 07 2019 00:00:48      SHORE MEDICAL CENTER,
                 C/O NATIONWIDE RECOVERY SERVICE,    PO BOX 8005,    CLEVELAND, TN 37320-8005
518199050       E-mail/Text: jennifer.chacon@spservicing.com Aug 07 2019 00:00:49
                 Wilmington Trust, NA, et al.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518023885      +E-mail/Text: jennifer.chacon@spservicing.com Aug 07 2019 00:00:49       Wilminton Trust, N.A.,
                 Successor to Citibank, N.A.,    c/o Select Portfolio Servicing,    3217 S. Decker Lake Drive,
                 Salt Lake City, UT 84119-3284
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Aug 06, 2019
                               Form ID: pdf901          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2, Asset-Backed Certificates, Series 2007-SD2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

       Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance    jschwartz@mesterschwartz.com

       Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2, Asset-Backed Certificates, Series 2007-SD2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

       Richard S. Hoffman, Jr.    on behalf of Debtor Donna S. McBride rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

       Scott Penick    on behalf of Creditor    The Village at Hardings Run Condominium Association, Inc.    collections@theassociationlawyers.com

       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

       TOTAL: 7