UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Kevin G. McDonald, Esquire
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Select Portfolio Servicing Inc. Servicing agent for
Wilmington Trust, NA, successor trustee to Citibank,
N.A., trustee, in trust for registered holders of Bear
Stearns Asset Backed Securities 2007-SD2, Asset-
Backed Certificates, Series 2007-SD2

In Re:
Donna S. McBride aka Donna Sasser McBride
                                                    Debtor
Robert McBride                          Co-Debtor

**Order Filed on September 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:        19-12898 ABA

Chapter: 13

Hearing Date:    September 3, 2019
Judge:  Andrew B. Altenburg Jr.

# ORDER VACATING STAY
# And CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of Select Portfolio Servicing Inc. Servicing agent for  Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2, Asset-Backed Certificates, Series 2007-SD2, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as, 4858 Green Ash Lane, Mays Landing NJ 08330**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-12898-ABA
Donna S. McBride                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Sep 03, 2019
                                 Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db              +Donna S. McBride,    6055 Wheeling Avenue,    Mays Landing, NJ 08330-4011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
            N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD2,
            Asset-Backed Certificates, Series 2007-SD2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
            jschwartz@mesterschwartz.com
           Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
            Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities
            2007-SD2, Asset-Backed Certificates, Series 2007-SD2 kmcdonald@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Richard S. Hoffman, Jr.    on behalf of Debtor Donna S. McBride rshoffman@hoffmandimuzio.com,
            lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
           Scott Penick    on behalf of Creditor    The Village at Hardings Run Condominium Association, Inc.
            collections@theassociationlawyers.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 7