Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-12898 (ABA)**

Donna S. Mc Bride  
6055 Wheeling Avenue  
Mays Landing, NJ  08330

Monthly Payment: $115.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/04/2019 | $280.00 | 04/02/2019 | $280.00 | 05/03/2019 | $280.00 | 06/10/2019 | $280.00 |
| 06/12/2019 | $-280.00 | 07/01/2019 | $280.00 | 07/12/2019 | $280.00 | 08/12/2019 | $280.00 |
| 09/27/2019 | $115.00 | 10/30/2019 | $115.00 | 11/27/2019 | $115.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DONNA S. MC BRIDE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $3,500.00 | $1,859.87 | $1,640.13 | $1,859.87 |
| 1 | ALLSTATE NJ INSURANCE CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTICARE REGIONAL MEDICAL CENTER PP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC EMERGENCY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC EMERGENCY ASSOCIATES, PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC RADIOLGISTS, PA, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ATLANTICARE REGIONAL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $1,346.67 | $0.00 | $1,346.67 | $0.00 |
| 9 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DIANON SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FEDERAL LOAN SERVICING CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FIRST NATIONAL CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | INSPIRA MEDICAL CENTERS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | INSPIRA MEDICAL GROUP, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | KML LAW GROUP, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LABORATORY CORP OF AMERICA HOLDINGS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MCGOVERN LEGAL SERVICES LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PROGRESSIVE GARDEN STATE INS. CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | REMEX, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RICKART COLLECTION SYSTEMS INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SHORE MEDICAL CENTER | 33 | $1,738.00 | $0.00 | $1,738.00 | $0.00 |
| 23 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | THE VILLAGE AT HARDINGS RUN CONDO ASSOCIATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WILMINTON TRUST, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | THE VILLAGE AT HARDINGS RUN CONDO ASSOCIATION | 33 | $3,264.31 | $0.00 | $3,264.31 | $0.00 |
| 30 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2019 | 5.00 | $0.00 |
| 08/01/2019 | Paid to Date | $1,680.00 |
| 09/01/2019 | 54.00 | $115.00 |
| 03/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,025.00 |
| Total paid to creditors this period: | $1,859.87 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $230.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**