Eric D. Mann, Esq. 035801986
Paul D. Aaronson, Esq. 023191988
Michael J. Ruffu, Esq. 006692009
HYBERG WHITE & MANN
2111 New Road, Suite 105
Northfield, NJ 08225
(609) 407-1000
Attorneys for The Village at Hardings
Run Condominium Association, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (CAMDEN)

| | |
|---|---|
| In Re: | Hon. Andrew B. Altenburg, Jr. |
| DONNA S. McBRIDE, | Chapter 13 |
| Debtor(s). | Case No. 19-12898-ABA |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Paul Aaronson, Esquire as attorney for creditor, The Village at Hardings Run Condominium Association, Inc., in the above matter.

HYBERG WHITE & MANN                McGOVERN LEGAL SERVICES, LLC

By: /s/ Paul Aaronson             By: _____
   PAUL AARONSON, ESQ.                WILLIAM BROSHA, ESQ.
   Superseding Attorney(s)             Withdrawing Attorney(s)

Dated: April 22, 2022             Dated: 4/25/22