# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

Joni L. Gray, Counsel
Jennifer R. Gorchow, Staff Attorney
William H. Clunn, III, Staff Attorney

Lu'Shell K. Alexander*
Jennie P. Archer*
Kelleen E. Stanley*
Kimberly A. Talley*

*Certified Bankruptcy Assistant

October 27, 2023

The Honorable Judge Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

    RE:    Chapter 13 Bankruptcy
           Debtor(s) Name:  **DONNA S. MCBRIDE**
           Case No.  **19-12898 ABA**
           Hearing Date:  **N/A**

Dear Judge Altenburg, Jr.:

    Please withdraw the Trustee's Certification of Default/Motion to Dismiss in connection with the above-captioned case.

    Please feel free to contact me if you have any questions or require additional information.

    Respectfully submitted,

    *OFFICE OF THE CHAPTER 13*
    *STANDING TRUSTEE*

    /s/ Andrew B. Finberg
    Andrew B. Finberg
    Chapter 13 Standing Trustee

ABF:
cc:    Richard S. Hoffman, Jr., Esquire (Via Electronic Case Filing / ECF)
        Donna S. McBride (Via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978