| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE* |
| **Andrew B. Finberg, Esquire** |
| **Cherry Tree Corporate Center** |
| **535 Route 38, Suite 580** |
| **Cherry Hill, New Jersey  08002** |
| **(856) 663-5002** |

In Re:

Donna S. McBride

                Debtor(s)

Case No. 19-12898 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

     **WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

     **WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

     **NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $7,185 paid to date, then $177 per month for four (4) months starting November 1, 2023, for a total plan length of sixty (60) months.

     **IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on September 13, 2019, remain in effect.


| /s/ Richard S. Hoffman, Jr. | 10/27/2023 |
|---|---|
| Richard S. Hoffman, Jr. | Date |
| Debtor(s)' Attorney | |
| | |
| /s/ Andrew B. Finberg | 10/30/2023 |
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |